# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EX REL BARBARA BRYANT FOREIGN ESTATE, NON RESIDENT ALIEN FOREIGN NEUTRAL, IN PROPRIA PERSONA SUI JURIS INTER VIVOS, | : No. 127 EM 2016 |
| Petitioner | : |
| v. | : |
| FORMER COMMISSIONER CLARENA I. TOLSON AND CURRENT FRANK BRESLIN, CITY OF PHILADELPHIA DEPARTMENT OF REVENUE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Extraordinary Relief is **DENIED**.